U.S. District Court
207 N.W. 2nd Street
R. 337
Ocala, Fla. 34475-6666

Page 1 of 11
7-7-23

(Chief) Col. Michael S. Owl Feather-Gorbey

vs.                    No. 5:23-cv-440 JLB-PRL

(1) Mr. Withers. Warden USP Coleman!
(2) Mr. Sookdeol Captain USP Coleman!
(3) Mr. Harr. Shu LT. USP Coleman!
(4) Mr. Martin. Shu #1 USP Coleman!
(5) Mr. Dooboo. Medical P.A. USP Coleman!
(6) Mr. Berman. Health Service Administrator USP Coleman!

<u>Owl Feather-Gorbey's Bivens Action under 28 USC § 1915(g) Imminent Danger.</u>

Plaintiff Jury Demand: <u>yes!</u>

<u>Plaintiff's Notification of 3 Strikes Filing Status</u>

I Owl Feather-Gorbey the Plaintiff in this action certify that 7-7-23 though I object I am labled by courts as a 3 striker. I have some 400 complaints filed throughout courts within the United States. Of which my Shu placement & indigent status prohibits me from listing all relevant cases. The court may review such cases if necessary by way of www.uscourts.gov. Yet the <u>only</u> concern here is I'm deem by the Federal courts as a 3 striker which should be apparant by my

Proceeding §1915(g) Imminent Danger & thus I hereby notify the court of my filing status. I do not have access to a majority of my legal property, nor have I had law library access but once in 4 months, & my writing materials & postage are limited as indigent, & I simply (cannot) list all the cases I've filed as my incarceration seriously impairs my ability & yet. If more information is needed the court should appoint co-counsel to assist Gorbey to satisfy the interest of justice & to comply with §1915(g) requirement to provide fast & speedy avenue to relief. McBride vs. Sharpe 25 F3d 962, 971 (11th Cir. 1994) (citing) 18 USC §3006(A) Due Process & the interest of Justice can warrant appointment of counsel. Bass vs. Perrin 170 F.3d. 1312, 1320 (11th Cir. 1999) Exceptional circumstances can warrant appointing counsel for those proceeding IFP. 28 USC §1915(e)(1) the court may appoint counsel for anyone unable to afford one. Bruce vs. Samuels 136 S.Ct. 627 (2016) §1915(g) is design to provide fast & speedy relief.

28 USC §1746
 I Gorbey declare 7-7-23 that the facts here are true & correct to the best of my knowledge.

(Chief) Col. Michael S. Owlfeather-Gorbey
Northern Rock-Tree Manauk-Monacan
Cheromanche-Manauk Nation-Native America
DC DOC 317611 Fed. 33405-013 USP Coleman 1
PO Box 1033 Coleman, Florida 33521

## Relevant History

(a) On About 12-27-23 Gorbey Arrived At USP Coleman' & inform Both Intake Unit Team & SIS Taff that He Had Priorly been AT USP Coleman' RHU P.C. program & GP is A threat to His safety, yet. Staff order Gorbey to GP.

(b) On 3-27-23 Gorbey Reported to USP Coleman' LT. office Requesting P.C. As inmates shown on A.m chow Hall Cameras were Trying to Extort Gorbey AT threat of Serious Physical Assault or Death because of His Prior P.C. status AT USP Coleman' RHU program, Making G.P. on any Active USP yard A serious threat to Gorbey's Safety. Especially At USP Coleman' the same Facility He was in the RHU Program at. See Exhibit (1) Copy of Witness Statement by Similerly Situated inmate Willie Wick JR. #04654-046 Who suffer the Actual Physical Assault May 2023 shortly After Gorbey Sought P.C. & Proof that Such inmates Are AT Serious threat on Active USP yards.

(c) On 3-27-23 When Gorbey Reported to the LT. office & Requested P.C. He provided SIS staff specific information About the threat including the Names of involved Inmates. yet No Reasonable threat Assessment was Conducted. SIS staff only went & Ask (the threatful to Gorbey inmates) if He can Return to G.P. & those inmates Wanting to Continue Extorting, Physically Assaulting & or Kill Gorbey said Yes! & SIS staff Erron close the threat Assessment on About 4-11-23 Listing Gorbey As No Need For P.C. Arguing He (must) 1st get Physically Assaulted or Kill before He is Eligible For P.C. & started ordering Gorbey back to G.P. See Discipline Actions.

3757330, 3770981, 3782610 & violating Due Process in the Events subjecting Gorbey to Sanctions

(d) Gorbey Filed to this ocala Dist.Ct. for Fast & speedy Relief listing these valid threat issues & other Denials of medical 5:23-cv-241 & then when the supplies were Available Filed An Amended Complaint yet. Apparently, the Hostile Court ignore the Amended Complaint & simply Error summary Dismiss the Action Falsely claiming Gorbey fail to inform the Court of His Filing Status when logically seeking leave to proceed IFP §1915(g) clearly Does that while outright Dismissal is An Extreme measure & seriously Prejudices the inmate in imminent Danger Cases Denies the Prisoner any & all (Timely or meaningful) Access Forcing Him or Her to suffer the Dangers & physical Damages they seek to Avoid & makes §1915(g) A chimerical cruel Joke on Prisoners see. lewis vs. Sullivan 279.F.3d 526.531 (7th cir. 2002) which (caused) Gorbey (months) of Delays & Additional serious Damages to His Eyes & Further threats of Assault & Serious Lung infection. which Dismissal Gorbey Promptly Appeal yet. the Prison & Court Colluding Further Delayed & possibly tried to impede.

(e) on June 16, 2023 Gorbey Filed A new Complaint by Certified mail 7021-0350-0001-5917-5857 clearly Explaining His Filing status & Raising As Grounds ① Denial of Court Access ② Denial of safety. ③ Denial of medical for glaucoma & serious lung infection ④ subhuman conditions Denials of showers & such ⑤ serious misconducts Regarding U.S. mail. yet. still today some 21 Days later Gorbey Has not Received (Anything) from the Court Regarding

that new action while events have gotten worse as Gorbey is not being afforded the fast & speedy relief promise or required by §1915(g) see: Bruce vs. Samuels 136 S.Ct. 627 (2016) & new issues have arose. Justifying the filing of a new action. (Because) Judicial misconducts & impedings of court access effectively & clearly embolds prison staff to continue their misconducts.

## Basis For This Complaint

Ground (1) Owl Feather-Gorbey is being denied safety & is suffering physical assault & threat of death.

### Supporting Facts

(a) As a result of the misconducts listed above Gorbey has been denied P.C. at USP Coleman 1 & on about Monday May 22, 2023. SHU Lt. Mr. Herr & Mr. Martin had Gorbey moved to SHU cell B-232 with a known seriously violent & mentally ill Puerto Rican Neta gang member. Records from 2017 show Gorbey cannot cell with. As he was seriously physically assaulted by one of their gang members & the Roanoke VA. court found imminent danger to apply 7:17-cr-192.

(b) Gorbey explains this to staff in cop-outs to the Captain & Warden Friday May 26, 2023. Wednesday June 7, 2023. & Wednesday June 14, 2023 to no avail.

(c) Gorbey sent a sensitive BP-9 to the local S.E. Region in June 2023 also to no avail.

(d) On June 16, 2023 Gorbey & the violent celly were

Remove from the cell & left on the Rec. yard all day while staff conducted a discriminary & or retalitory cell search trashing the cell. Taking all of Gorbey's writing utensels pens & pencles & some of his legal papers (because) Gorbey complain about the broken cell & violent celly. & late that evening staff seperated Gorbey & the celly & told the celly some lies (to cause) animosities & to orchestrate a physical assault. & when Gorbey & the celly were put back together the celly took 2 swings at Gorbey with intent to hit Gorbey & cause him serious harm late Friday evening 6-16-23. & Gorbey press the cell alarm that was simply ignored. & Gorbey promptly filed a new suit.

(e) On Wednesday 6-21-23 Gorbey again submitted cop-outs to the Warden & Captain to no avail.

(F) Since then. the celly has been seriously agrevated. He has serious violent mood swings. He seems to not reasonably understand facts offten He (stays) intoxicated & under the influence of Suboxone. K-2. & many forms of pills he is prescribed & any he can collect off the range & most any conversation results in violence & even if you say nothing he gets angry & violent & has seriously violent mood changes & will start screeming. yelling. throwing things & hitting while the F.BOP strickly forbids any form of self defense it places Gorbey in a seriously comprimised possision as if he defends himself he suffers discipline & loss of good time. see. incident reports 3287668 FCI Cumberland Md. Gorbey got discipline for only using the force necessary to exit a cell where

2 inmates (with weapons) were trying to seriously assault or kill Gorbey (wtlife) staff watch & fail to keep Gorbey safe & (Gorbey) Reported the events to the Lt. office & then in Report 3379061 at FCI Estill S.C. Similar events took place. or if Gorbey does not act, he is force to suffer the serious physical assault or death. Which itself is a clear imminent danger.

(g) on 7-5-23 the celly had one of these violent spaz-outs & right out of the blue hit Gorbey in the back of the head & agrevating already serious injuries Gorbey suffers to his neck from earlier staff assault & repeated subsequent staff orchestrated inmate assaults 2021-2022.

(h) Gorbey promptly filed an Emergency Bp9 to the wardens office a 48 hour complaint he handed directly to counselor Mr. Hernandez who Gorbey (knows) submitted the Emergency Bp9 yet still today 7-7-23 over 48 hours later no relief has been provided. &

(i) on 7-6-23 the inmate had another violent spaz-out hitting Gorbey in his left sholder & chin & started throwing things around the cell. & Gorbey again press the cell alarm to no avail & promptly filed an Emergency Bp8 again to Mr. Hernandez. that same day yet again over 24 hours later, no relief has been provided. & it is clear that staff are simply denying Gorbey safety & are forcing Gorbey to stay in a cell suffering physical assault by a (known) violent inmate. The celly has some 50 (Fifty) violent discipline charges & is in shu because his group had him

Put there because they were tired of his violent spaz-outs & physical assaults & though he is listed a verified P.C. need. He is a completely different status than Gorbey seeking P.C. (to avoid) physical assaults & staff. Mr. Martin, Lt. Harr, the Captain & Warden all (knew) what they were subjecting (Gorbey to) placing Gorbey with this seriously violent mentally ill gang member. Farmer vs. Brennan 511 US 825 (1994) Requires Reasonable Safety, Helling vs. McKinney 509 U.S. 25, 33 (1993) (Quoting) Deshaney vs. Winnebago Dept. of Social Serv. 489 US 189 200 (1989)

Ground (2) Denial of medical treatment MRI & X-Rays for serious physical injuries

Supporting Facts

(a) On 8-9-2021 Gorbey suffer serious physical injuries malignments & nerve damage to his neck that extends to his scapula area, lower L-back & L-arm. That requires an MRI. Fractures to his R-Hand & thumb & serious damage to his L-wrist. Never treated. From staff assault FCI Beckley, WVa.

(b) Gorbey was transfer to USP Thompson SMU & the injuries were never properly treated which could eventually paralize Gorbey & on 6-9-22 to 6-24-22 Gorbey suffer repeated staff orchestrated inmate physical assaults agrevating the serious injuries. & Again 7-13-22, & Again 8-28-22 Adding additional serious head injuries concussion, fractures & busted R-ear where in 2 Appeals 22-2129 22-2129 & 22-2405

the 7th Cir. Found Imminent Danger to Apply. Yet. Again Gorbey was not afforded treatment & in December 2022 was ship to USP Coleman'

(c) Upon arriving at USP Coleman' medical staff error discontinue Gorbey's Elevil pain meds. & Gorbey went a month 1/2 without until 1-30-23 he was seen by USP Coleman' Dr. Li. Who re-order the 25 mg. Elevil but took no action for an MRI or to have my L-wrist X-Ray. stated if the pains continue to seek sick-call.

(d) I submitted sick-calls twice in February & Early March 2023 but never got seen! & I inform HSA Berman to no avail.

(e) On 3-27-23 I came to SHU & continue filing sick-calls & a Remedy Complaint. & on 4-6-23 I was seen by PA. Dooboo Who.

(1) Fail to even note the serious neck injuries or my damaged L-wrist & fail to prescribe an MRI. X-Ray for neck. Reguler X-Ray for my L-wrist or to upgrade the Elevil to 50 mg. As suggested by Dr. Li. see. 4-6-23 clinitical Encounter by PA. Dooboo. Who did prescribe me medications for serious lung infection I (never receive) & thus. providing me no treat- -ment at all. Prison HSA has allow. Ancata vs. Prison Health servi Inc 769 F. 2d 700. 704 (11th Cir. 1985) Which stated medical treatment so cursory as to amount to no treatment at all.

(F) On about 5-7-23 Gorbey was again seen by PA. Dooboo & Gorbey clearly explain about the serious neck & L-wrist injuries & a need for X-Rays. An MRI. & lower bunk pass. & yet still today Gorbey Again got Nothing while SHU #1 Mr. Martin

is Repeatedly Assigning Gorbey to top Bunks with no safety ladder Bradley vs. Pucket 157 F.3d. 122 (5th cir. 1998) Deny occomadations for Physical Disabilities Ryiner vs. Fla. Doc 696 F.Appx 930.932 (11th cir. 2017) where. This serious neck injury Repeatedly Agrevated by subsequent Physical Assaults Has caused loss of strenght in Gorbey's neck, Back & l-Arm & seriously impaired movement & could any time or with any subsequent Blow From Assault, Paralize Gorbey. While the many Physical Injuries He suffers wont Hold His weight & causes Him to Fall From top bunks, in cells Composed of concreate & steel Furtherly seriously injuring Gorbey & Threatning Death. Williams vs. Walker 11-cv-805, 2011 USDIST lex 55925 at *2 (E.D. Cal. May 6. 2011)

### Relief Sought

(1) $1,000,000.00 million Dollars
(2) Reasonable safety.
(3) An MRI for my Neck, An X-Ray & if needed an MRI for my L-Wrist. & A lower bunk pass.
(4) I seek Appointment of Counsel. 28 USC 31915(e)(1)
(5) I seek Emergency TRO or Injunction to be Remove from any cell with this present violent mentally ill inmate gang member & to bar further similer placement.

(chief) Col. michael s. cw1 feather-Gorbey
Northern Rock-Tree manauk-monacan
cheromanche-manauk Nation- Native America
DC DOC 317611 fed. 33405-013  USP Coleman I
Po Box 1033 Coleman florida. 33521

Attachment A

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. §.1621.

Executed at __USP Coleman 1__ on __7-7-23__.
        (Location)                                  (Date)

**Note** This is a new seperate & independent lawsuit from any already filed.

(chief) col. Michael S. owl Feather-Gorbey
Your Signature

**Prisoners Mail box Rule Envoked.**

I Gorbey also declare 7-7-23 that I deposit this civil action & all attachments together in a sealed envalope in USP Coleman 1 internal SHU legal mail system. 1st class U.S. mail to Clerk US Dist. Ct. 207 NW 2nd St. R. 337 Ocala, Fla, 34475-6666. I also declare that on 6-16-28 I sent an earlier seperate suit by certified mail 7021 0350-000-5917-5837 I have not yet recieve anything from the court on!

(chief) col. Michael S. owl Feather-Gorbey
Northern Rock-Tree Manauk-Menacan Cheromanche Manauk Nation - Native America
DC DOC 317611 Fed. 33405-015 USP Coleman 1
PO Box 1033 Coleman, Florida 33521
Serious Prejudicial Delays!

Exhibit (1)
Report 3

Declaration under Penalty of Perjury
28 USC § 1746 & 18 USC § 1621

I was Error Designated to U.S.P. Coleman an Active yard and I was Physically Assaulted on simply for my priorly being on other drop-out, P.C. or program yards and DSCC as well as S.I.S. staff know this is threat to people like me. Yet they disregard the risk safeties ordering us to General Population.

Willie Wick J.
#04654-046

I was Error Designated to USP Coleman 1 An Active yard & I was Physically Assaulted on May simply for my priorly being on other prop-out, P.C. or Program yards & DSCC As well As SIS staff Know This is A serious threat to People like me yet they designate disregard the Risk to our safeties ordering us to General Population

Exhibit (1)